# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BARRY MORRIS** (N-42509), | ) |
| Petitioner, | ) |
| v. | ) Case No. 16 C 10243 |
| **JEFFREY HUTCHINSON**, | ) |
| Respondent. | ) |

## SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

Earlier today this Court denied the 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus ("Petition") [Dkt. No. 1] filed pro se by Barry Morris ("Morris"). Its subsequent check of the docket, however, has reflected that these two additional filings by Morris also require disposition:

1. Dkt. No. 3 is Morris' Application for Leave to Proceed In Forma Pauperis ("Application"). That Application reflects his unawareness of the modest $5 filing fee applicable to Section 2254 actions. Hence Dkt. No. 3 is denied and Morris is ordered to transmit the sum of $5 from his institutional trust fund to Clerk of Court, Office of the Clerk, United States District Court, 219 South Dearborn Street, Chicago IL 60604, Attn: Fiscal Department.

2. Dkt. No. 4 is Morris' Motion for Attorney Representation ("Motion"). Because of the denial of his Petition, that Motion is denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 8, 2016